# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **CHRISTY R. LEACH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | NO. 1:19-cv-00022 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| **KEITH FALL, JEFF SEGROVES,** ) | MAGISTRATE JUDGE |
| **LEE COLVETT, and NEYLAND** ) | HOLMES |
| **BARBER.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 47) recommending the Court grant in part and deny in part Defendant's second motion to dismiss and for sanctions (Doc. No. 41). Specifically, the Magistrate Judge recommends the Court deny Defendants' request for dismissal of the case in its entirety and for an award of expenses related to filing the motion and reply. However, in light of Plaintiff's repeated failure to comply with discovery orders, the Magistrate Judge recommends the Court strike Plaintiff's request for relief in the form of compensatory damages for emotional pain and suffering, emotional stress, and anxiety.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 47 at 8). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 47) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendants' Second Motion to

Dismiss and for Sanctions (Doc. No. 41) is **GRANTED**, in part. Plaintiff's request for relief in the form of compensatory damages for emotional pain and suffering, emotional stress, and anxiety shall be stricken, thus barring recovery of these damages. All other relief requested by Defendants is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE